No. 682. COMMISSIONER OF INTERNAL REVENUE v. McKAY PRODUCTS CORP. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed on motion of counsel for the petitioner. *Solicitor General Perlman* for petitioner. *Karl F. Steinmann* and *John W. Cable, III* for respondent. ■

No. 420, Misc. ODDO v. NEW YORK. Court of Appeals of New York. Motion of Dominic Mundo to join in the petition denied. Certiorari denied. Petitioner *pro se*. *Frank S. Hogan* and *Whitman Knapp* for respondent.

No. 469, Misc. PORTER v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied. Motion for leave to file petition for writ of mandamus also denied.

No. 479, Misc. PARDEE v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied. ■

No. 511, Misc. GIBBS v. ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. Petition for appeal also denied.